Lucas A. Markowitz, Esq.
(admitted *pro hac vice*)
Ellen R. Boyd, Esq.
(admitted *pro hac vice*)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, DC 20006
Telephone: (202) 886-5260
lmarkowitz@mitchellsandler.com
eboyd@mitchellsandler.com

Austin B. Egan (13203)
STAVROS LAW P.C.
8915 South 700 East, Suite 202
Sandy, Utah 84094
Tel: (801) 758-7604
austin@stavroslaw.com

*Attorneys for Plaintiffs Brooks Kelly and Jason Harris*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH,
## CENTRAL DIVISION

| | |
|---|---|
| BROOKS KELLY and JASON HARRIS,<br><br>**Plaintiffs,**<br><br>vs.<br><br>DIRECT MORTGAGE CORP., LenderMAC Holdco LLC and JAMES (JIM) BEECH,<br><br>**Defendants.** | **PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT LENDERMAC HOLDCO LLC**<br><br>**Civil Action No.: 2:26-cv-00143-JCB**<br><br>**Magistrate Judge Jared C. Bennett** |

Plaintiffs Brooks Kelly ("Mr. Kelly") and Jason Harris ("Mr. Harris") (together, "Plaintiffs") respectfully request that the Clerk enter default against Defendant LenderMAC Holdco LLC pursuant to Federal Rule of Civil Procedure 55(a).

Defendant LenderMAC Holdco LLC was properly served with the Summons and Amended Complaint in this matter. Proof of Service has been filed with the Court. ECF No. 13.

More than twenty-one (21) days have elapsed since service of the Summons and Amended Complaint upon Defendant LenderMAC Holdco LLC.

Defendant LenderMAC Holdco LLC has failed to plead or otherwise defend this action within the time permitted by the Federal Rules of Civil Procedure.

Because Defendant LenderMAC Holdo LLC has failed to appear, answer, or otherwise respond to the Amended Complaint, entry of default by the Clerk is appropriate under Rule 55(a).

Plaintiffs respectfully request that the Clerk enter default against Defendant LenderMAC Holdco LLC.

Dated: May 1, 2026                              **MITCHELL SANDLER PLLC**

*/s/ Lucas A. Markowitz*
Lucas A. Markowitz, Esq.
(Admitted *pro hac vice*)
Ellen R. Boyd, Esq.
(Admitted *pro hac vice*)
2020 K Street NW, Suite 760
Washington, DC 20006
Telephone: (202) 886-5260
lmarkowitz@MitchellSandler.com
eboyd@MitchellSandler.com

**STAVROS LAW**
Austin B. Egan, Esq.
8915 South 700 East
Ste. 202
Sandy, Utah 84070
austin@stavroslaw.com

***Attorneys for Plaintiffs Brooks Kelly
and Jason Harris***

2