Lucas A. Markowitz, Esq.
(admitted *pro hac vice*)
Ellen R. Boyd, Esq.
(admitted *pro hac vice*)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, DC 20006
Telephone: (202) 886-5260
lmarkowitz@mitchellsandler.com
eboyd@mitchellsandler.com

Austin B. Egan (13203)
STAVROS LAW P.C.
8915 South 700 East, Suite 202
Sandy, Utah 84094
Tel: (801) 758-7604
austin@stavroslaw.com

*Attorneys for Plaintiffs Brooks Kelly and Jason Harris*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH,
CENTRAL DIVISION**

---

| | |
|---|---|
| BROOKS KELLY and JASON HARRIS,<br><br>**Plaintiffs,**<br><br>vs.<br><br>DIRECT MORTGAGE CORP., LenderMAC Holdco LLC and JAMES (JIM) BEECH,<br><br>**Defendants.** | **AFFIDAVIT IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT LENDERMAC HOLDCO LLC**<br><br>**Civil Action No.: 2:26-cv-00143-JCB**<br><br>**Magistrate Judge Jared C. Bennett** |

I, Lucas Markowitz, declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am counsel for Plaintiffs Brooks Kelly and Jason Harris in the above-captioned matter and have personal knowledge of the facts stated in this Affidavit.

2.      On March 30, 2026, Defendant LenderMAC Holdco LLC was duly and properly served with a true and correct copy of the Summons and Amended Complaint in this action in accordance with the requirements of Federal Rule of Civil Procedure 4.

3.      A Proof of Service reflecting said service was filed with the Court. ECF No. 13.

4.      More than twenty-one (21) days have elapsed since the date of service, and Defendant LenderMAC Holdco LLC has failed to file an answer, motion, or otherwise plead or defend against the First Amended Complaint.

5.      To the best of my knowledge, information and belief, Defendant LenderMAC Holdco LLC:

   a.  is not an infant or minor;

   b.  is not in the military service of the United States (as defined by the Servicemembers Civil Relief Act, 50 U.S.C. § 3931); and

   c.  is not an incompetent person.

Executed on May 1, 2026, in Morristown, New Jersey.


*/s/ Lucas A. Markowitz*
Lucas A. Markowitz, Esq.
(Admitted *pro hac vice*)

**Attorneys for Plaintiffs Brooks Kelly and Jason Harris**

2